919 N.E.2d 350 (2009)
233 Ill.2d 552
BOARD OF EDUC. OF LOWPOINT-WASHBURN COMMUNITY UNIT SCHOOL DIST. NO. 21
v.
REGIONAL BD. OF SCHOOL TRUSTEES OF MARSHALL, PUTNAM, AND WOODFORD COUNTIES.
No. 108767.
Supreme Court of Illinois.
Sepetmber 1, 2009.
Disposition of Petition for Leave to Appeal[*] Denied.
NOTES
[*] For Cumulative Leave to Appeal Tables see preliminary pages of advance sheets and Annual Illinois Cumulative Leave to Appeal Table.